# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOHN THOMAS AZURE,**<br><br>Defendant. | CR 19-87-GF-BMM<br><br><br><br>ORDER |

Upon unopposed motion of the United States, and for good cause shown, IT IS ORDERED the United States' motion to allow Dr. Ryan Nybo to testify via video at the competency hearing scheduled for October 28, 2020 at 3:00 p.m. is **GRANTED**.

DATED this 5th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court