IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>JOHN AZURE,<br><br>　　　　　　　Defendant. | CR-19-87-GF-BMM |

　　　The undersigned held a competency hearing on November 12, 202.  (Doc. 60.)  The Court found the Defendant, John Azure, (Azure) by a preponderance of the evidence, absent further psychological evaluation, that Azure presently suffers from a mental defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The undersigned committed Azure to the custody of the Attorney General for a period of time not to exceed four months. (Doc. 61.)

　　　On April 2, 2021, the undersigned received a letter from T. Scarantino, Complex Warden, Federal Correctional Complex, Federal Medical Center, Butner, North Carolina asking for an extension of time to complete Azure's evaluation.

　　　Accordingly, **IT IS ORDERED** that an extension of Azure's evaluation period and evaluation report due date is **GRANTED**.   Azure's evaluation should

be completed by July 26, 2021, with the final report e-mailed to the Court on or before August 10, 2021.  The evaluation should be e-mailed to the Court to sara_luoma@mtd.uscourts.gov.  The Clerk of Court will e-mail a copy of this order to T. Scarantino at s1burroughs@bop.gov.

DATED this 13th day of April, 2021

_____
Brian Morris, Chief District Judge
United States District Court