IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-87-GF-BMM |
| Plaintiff, | |
| vs. | |
| JOHN AZURE, | |
| Defendant. | |

The Court held a competency hearing on November 12, 2020.  (Doc. 60.) The Court found the Defendant, John Azure, (Azure) by a preponderance of the evidence, absent further psychological evaluation, that Azure presently suffers from a mental defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense and committed Azure to the custody of the Attorney General for a period of time not to exceed four months.  (Doc. 61.)

On September 20, 2021, the Court held a telephone conference with the parties at which time the Government gave the Court an update regarding Azure's evaluation.  After the telephone conference, the Court issued an order extending Azure's evaluation period for an additional 120 days and requested periodic status reports sent to the Court regarding Azure's mental condition.  (Doc. 79.)

On January 6, 2022, the Court received a status report from FCC Butner.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall file the status report under seal with copies provided to counsel for the Defendant and to the attorney for the Government.  The Clerk of Court will e-mail a copy of this order to T. Scarantino at s1burroughs@bop.gov.  Additional status reports should be e-mailed to the Court to sara_luoma@mtd.uscourts.gov.

DATED this 6th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court