IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-87-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| JOHN THOMAS AZURE, | |
| Defendant. | |

Pending before the Court is the unopposed motion of the United States to expedite sentencing.   For good cause being shown,

**IT IS ORDERED** that the sentencing hearing set for August 18, 2022 is **VACATED**.

1.      Sentencing is set for reset for **July 14, 2022 at 11:00 a.m**. at the Missouri River Federal Courthouse, Montana.

2.      The United States Probation Office shall conduct a presentence investigation in accordance with Fed. R. Crim. P. 32(b) and 18 U.S.C. § 3552(a).

3.      Following completion of the presentence report, the probation officer shall disclose the report (excepting any recommendations of the probation officer) to the defendant, counsel for the defendant, and counsel for the government no

indirectly to anyone under any circumstances, the substance or contents of any

recommendation made or to be made to the Court.

4.      In cases where restitution is mandatory, the probation officer shall

consider a payment plan with the Defendant and make recommendations to the

Court concerning interest and a payment schedule.

5.      In accordance with U.S.S.G. § 6A1.2, after receipt of the presentence

report and no later than **July 1, 2022** counsel for each party shall present to the

probation officer, in writing, any objections to be relied upon at sentencing and, if

there is a dispute over any material in the presentence report, counsel shall meet

with the probation officer and attempt to resolve disputes informally by diligent

good faith effort.

6.      The presentence report, in final form, shall be delivered to the

Court and the parties no later than **July 8, 2022.**

7.      If the objections made pursuant to ¶ 5 are not resolved and counsel

wishes the Court to address them, the objecting party shall submit all unresolved

objections and a sentencing memorandum to the Court no later than **July 11,**

**2022.**  The Court will resolve disputes in accordance with

§ 6A1.3 of the guidelines at the sentencing hearing.

8.      If either party intends to have witnesses testify at sentencing, the party

must notify the Court and the opposing party, by filing a separate notification

document, no later than **July 12, 2022** of the identity of the witness and the

scope and purpose of the intended testimony.  The requirement that the opposing

party be notified of any intended testimony applies regardless of the language of Rule 17(b) contemplating ex parte application for witness subpoenas.

9.  Without leave of Court, the defendant may file no more than ten (10) letters of support.  Defendants wishing to file more than ten (10) letters must first seek leave of Court explaining why a greater number is necessary.

10.    Any responses to sentencing memoranda shall be filed no later than **July 13, 2022.**

11.    Reply briefs will not be accepted for filing in sentencing matters.

DATED this 26th day of May, 2022.

_____
Brian Morris, Chief District Judge
United States District Court