# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>  vs.<br><br><br>JOHN THOMAS AZURE,<br><br>              Defendant. | CR-19-87-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

      United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 21, 2025. (Doc. 138.)

      When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

      Judge Johnston conducted a revocation hearing on May 20, 2025 (Doc. 136.) The United States accused John Azure (Azure) of violating the conditions of his supervised release by: (1) failing to comply with substance abuse testing requirements on March 19, 2025; (2) failing to comply with substance abuse testing requirements on March 31, 2025; (3) being in the company of a child under

the age of 18 without permission of his probation officer on April 26, 2025; and (4) being terminated from sex offender treatment for noncompliance on April 26, 2025. (Docs. 133.)

At the revocation hearing, Azure admitted he had violated the conditions of his supervised by: (1) failing to comply with substance abuse testing requirements on March 19, 2025; (2) failing to comply with substance abuse testing requirements on March 31, 2025; (3) being in the company of a child under the age of 18 without permission of his probation officer on April 26, 2025; and (4) being terminated from sex offender treatment for noncompliance on April 26, 2025. (Doc. 136.)

Judge Johnston found that the violations Azure admitted proves serious and warrants revocation of First Raised's supervised release and recommends a term of custody of 3 months, with 117 months of supervised release to follow. (Doc. 126.) The Court advised Azure of his right to appeal and to allocute before the undersigned. (Doc. 136.)

The violation proves serious and warrants revocation of Azure's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 138) are **ADOPTED IN FULL.  IT IS FURTHER**

**ORDERED** that John Thomas Azure be sentenced to a term of custody of 3 months, with 117 months of supervised release to follow.

DATED this 11th day of June 2025.

_____
Brian Morris, Chief District Judge
United States District Courts