IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN THOMAS AZURE, <br><br> Defendant. | CR 19-87-GF-BMM-JTJ <br><br> FINDINGS AND RECOMMENDATIONS |

## I.  Synopsis

Defendant JOHN THOMAS AZURE (Azure) has been accused of violating the conditions of his supervised release. (Docs. 144 and 152). The Court determined the Government had met its burden regarding allegation (1) and Azure admitted allegation (4). The Government moved to dismiss allegations (2) and (3), which the Court granted. Azure's supervised release should be revoked. Azure should be sentenced to custody until noon on December 22, 2025, with no term of supervised release to follow.

## II.  Status

On May 10, 2022, Azure plead guilty to the offense of Abusive Sexual Contact, in violation of 18 U.S.C. §§ 2244(a)(1), 1153(a) as charged in Count 1 of the Superseding Indictment. (Doc. 98). Azure was sentenced to TIME SERVED,

followed by 10 years of supervised release. (Doc. 112). Azure's current term of supervised release began on July 10, 2025.

**Petition**

On August 11, 2025, the United States Probation Office filed a Petition requesting that the Court revoke Azure's supervised release. (Doc. 144). The Petition alleged Azure violated conditions of his supervised release by: (1) testing positive for alcohol on July 30, 2025, confirmed by laboratory testing on August 7, 2025.

**Initial Appearance**

Azure appeared before the Court on August 25, 2025. Azure was represented by counsel. Azure stated that he had read the Petition and that he understood the allegation against him. Azure waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation Hearing**

Azure appeared before the Court on August 25, 2025. The Court heard testimony from United States Probation officer Jessica Simonsen. Simonson testified that Azure had violated the conditions of supervised release by testing positive for alcohol on July 30 2025, confirmed by laboratory testing on August 7, 2025. Ms. Simonson further testified that she had received information from Azure's sister that Azure's daughter had put alcohol into his drink without his

knowledge. The Court determined the Government had met its burden of proof regarding the allegation set for in the Petition. The Court continued Azure's sentencing until November 25, 2025 at 1:30 p.m.

### Amended Petition

On October 16, 2025, the United States Probation Office filed an Amended Petition requesting that the Court revoke Azure's supervised release. (Doc. 152). The Amended Petition alleged Azure violated conditions of his supervised release by the added violations of: (2) being in the company of multiple children under the age of 18, without chaperones present on September 3, 2025; (3) using suboxone on October 11, 2025; and (4) consuming alcohol on October 11, 2025.

### Second Initial Appearance

Azure appeared before the Court on November 5, 2025. Azure was represented by counsel. Azure stated that he had read the Amended Petition and that he understood the allegations against him. Azure waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

### Second Revocation Hearing

Azure appeared before the Court on November 5, 2025. The Court noted that it had determined the Government had met its burden of proof regarding allegation (1) as set forth in the Amended Petition. Azure then admitted allegation (4) as set

forth in the Amended Petition. The Government moved to dismiss allegations (2) and (3), which the Court granted. Azure's proven and admitted violations, (1) and (4), are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Azure appeared before the Court on November 5, 2025. Azure's violations are Grade C. His criminal history category is I. Azure's underlying offense is a Class C felony. Azure could be incarcerated for up to 24 months. Azure could be ordered to remain on supervised release for up to 117 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.  Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Azure's supervised release should be revoked. Azure should be sentenced to custody until noon on December 22, 2025, with no term of supervised release to follow.

### IV.  Conclusion

The Court informed Azure that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed Azure of his right to object to these Findings and Recommendations within 14 days of this issuance. The Court explained to Azure that Judge Morris would consider a timely

objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

That JOHN THOMAS AZURE has violated the conditions of his supervised release by: (1) testing positive for alcohol on July 30, 2025; and (4) consuming alcohol on October 11, 2025.

The Court **RECOMMENDS**:

That the District Court revoke Azure's supervised release and sentence Azure to custody until noon on December 22, 2025, with no term of supervised release to follow.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. Section 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 6th day of November 2025.

John Johnston
United States Magistrate Judge