# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br><br><br>JOHN THOMAS AZURE,<br><br>               Defendant. | CR-19-87-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

      United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 6, 2025. (Doc. 155.)

      When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on November 5, 2025 (Doc. 154.) The United States accused John Thomas Azure (Azure) of violating the conditions of his supervised release by: (1) testing positive for alcohol on July 30, 2025, confirmed by laboratory testing on August 7, 2025; (2) being in the company of multiple children under the age of 18, without chaperones present on September 3, 2025; (3) using suboxone on October 11, 2025; and (4) consuming alcohol on October 11, 2025.  (Docs. 144 and 152.)

At the revocation hearing, Azure admitted that he had violated the conditions of supervised release as set forth in allegations 1 and 4 of the Petition. The Government moved to dismissed violations 2 and 3, which the Court granted. Judge Johnston recommended a sentence until 12:00 p.m. (noon) on December 22, 2025 with no supervised release to follow. (Doc. 155.) The Court advised Azure of his right to appeal and to allocute before the undersigned.  (*Id*.)

The violations Azure admitted prove serious and warrant revocation of Azure's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 155) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that John Thomas Azuzre be sentenced for a term of custody until

12:00 p.m. (noon) on December 22, 2025 with no term supervised release to follow.

DATED this 24th day of November 2025.

Brian Morris, Chief District Judge
United States District Courts